NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

EDWARD F. FAIRBANKS, PAUL J. NOVAK, JR., CYNTHIA COLQUITT, LAURA D. EVANS, DARLENE FUNCHES, DIANE WADE, CYNTHIA D. BOWMAN, JOHN PAUL SCHNEIDER, DOROTHY ROBINSON, ANGELA L. BROWN, RITA JAACKSON, CYNTHIA DIXON, STUART HERSH, ROBERT S. GUENTHER, RICHARD L. NAGLE, SUSAN M. TENNENBAUM, NICOLE CANTELLO, NOLA M. HICKS, SUSANA PERDOMO, GARY O. PRICHARD, JOHN P. STEKETEE, JEFFREY M. TREVINO, KRIS P. VEZNER, JENNIFER A. WILSON, JEFFREY J. BRATKO, ROCHELLE A. MARCEILLARS, ANNA E. WAGNER, DANIEL M. SAMARDZICH, JANETTE M. MARSH, WAYNE D. GORSKI, ANNETTE LESURE ENGLISH, KATHLEEN R. MAYO, CHRISTINE M. WAGENER, HOLIDAY E. WIRICK, MARIETTA NEWELL, VALORIA A. ROBINSON, LILLATEESE A. SIMMONS, MICHAEL E. DAVIS, JANET E. PELLEGRINI, JONATHAN J. SCHWEIZER, BRIAN C. BELL, RAFAEL P. GONZALEZ, ETHEL L. CRISP, ROBERT J. HARRIS, SHARON LOWERY-MARTIN, OZIE ROBINSON, ARTHUR LUBIN, LARISA E. LEONOVA, RANDOLPH O. CANO, PAUL E. ZANTER, JOSEPH A. KAWECKI, FRED BARTMAN, FRED GAGE, NITA E. LEFTRIDGE, PATRICIA A. LODGE, HELEN MAYS, NOREEN E. WEIMER, THOMAS R. BLOOM, ALAN K. BAUMANN, MATTHEW HOORY, JAN F. PELS, BRAD W. BRADLEY, LINDA A. MANGRUM, PORTRICE

**LYNETT VERNON, HERIBERTO LEON, DAVID S. NOVAK, JOSE C. DELEON, SHERRY L. ESTES, YESENIA ORTIZ, JOANNA S. GLOWACKI, ROBERT L. THOMPSON, JR., WILLIAM H. JOHNSON, DARLENE LEWIS, ERIC A. LEVY, IRENE WALANKA, SHEILA BARNES, LINDA MARIA HAILE, VANESSA M. MBOGO, JULIA A. SIDLO, DARIUS L. TAYLOR, ANGELICA A.M. VAN LEER, WILLIAM R. CARLISLE, RICKY L. MATHNEY, CAROL A. SULLIVAN, WALTER WILLIAM, ZDENEK K. SADLON, TROY J. STROCK, KATHLEEN R. SWAN, LINDA TELLES, WAYNE J. WHIPPLE, KATHY JONES, MARIO M. MANGINO, MICHAEL J. MIKULKA, ANN WENTZ, DANIEL J. MAZUR, MIRTHA CAPIRO, JENNIFER L. DODDS, ANGELA R. JACKSON, JOHN A. NORDINE, UYLAINE E. BARRINGER, JUDITH A. GREENBERG, JANET L. HAFF, JEFFREY D. BORSETH, MICHAEL P. MCDONOUGH, PARTAP C. LALL, STAVROS A. EMMANOUIL, VERNETA J. SIMON, ISALEE COLEMAN-FISHER, KEITH A. FUSINSKI, MATTHEW J. OHL, JAMES J. HAHNENBERG, MARGARET T. GIELNIEWSKI, MARY M. TIERNEY, SHERI L. BIANCHIN, JOHN JAMES O'GRADY, THOMAS LEE SMITH, DIANE M. RUSSELL,**
*Petitioners*

**v.**

**ENVIRONMENTAL PROTECTION AGENCY,**
*Respondent*

————————————

2014-3152

————————————

Petition for review of an arbitrator's decision in No. FMCS13-57301-A by Marvin Hill.

─────────────

**JUDGMENT**

─────────────

JOSEPH V. KAPLAN, Passman & Kaplan, PC, Washington, DC, argued for petitioners. Also represented by EDWARD HAROLD PASSMAN.

HILLARY STERN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by MARTIN F. HOCKEY, JR., ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER.

─────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and WALLACH, *Circuit Judges*).

AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 13, 2015              /s/ Daniel E. O'Toole
Date                                    Daniel E. O'Toole
                                        Clerk of Court